1  David J. Kaminski (SBN 128509)
   Kaminskid@cmtlaw.com
2  Alex Wade (SBN 304022)
   Wadea@cmtlaw.com
3  CARLSON & MESSER LLP
   9841 Airport Boulevard, Suite 1200
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   CREDIT ONE BANK, N.A., *incorrectly named*
7  *as CREDIT ONE FINANCIAL d/b/a CREDIT*
   *ONE BANK, N.A.*
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| NIKEMA HAGLER, an individual, | ) Case No. 2:16-cv-06719-JFW-SS |
|---|---|
| Plaintiff, | ) |
| vs. | ) **NOTICE OF SETTLEMENT** |
| CREDIT ONE FINANCIAL, a Nevada Corporation d/b/a CREDIT ONE BANK, N.A.; and DOES 1-10 | ) |
| Defendants. | ) |

**PLEASE TAKE NOTICE** that this entire action has been settled. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal with prejudice, within 45 days from the date of this notice.

///
///
///
///
///
///

In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates in this case.

**CARLSON & MESSER LLP**

DATED: July 12, 2017

By: /s/ Alex A. Wade
David J. Kaminski
Alex A. Wade
Attorneys for Defendant,
*CREDIT ONE BANK, N.A., incorrectly named as CREDIT ONE FINANCIAL d/b/a CREDIT ONE BANK, N.A*

# **CERTFICATE OF SERVICE**

I hereby certify that on July 12, 2017, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed through the ECF system, which will send notification of such filing to the following e-mail addresses:

tammy@hussinlaw.com

DATED: July 12, 2017                     CARLSON & MESSER LLP

                                         By:/s/ Alex A. Wade
                                         David J. Kaminski
                                         Alex A. Wade
                                         Attorneys for Defendant,
                                         *CREDIT ONE BANK, N.A.,*
                                         *incorrectly named as CREDIT ONE*
                                         *FINANCIAL d/b/a CREDIT ONE*
                                         *BANK, N.A*